UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 613-7 |
| | ) | |
| SHAKITA EASON | ) | |

## ORDER

Having read and considered Defendant's Motion Requesting the Court to Adjust Restitution Payment (Dkt. No. 60), said Motion is hereby DENIED.

SO ORDERED, this 11 day of January, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA